UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 01-cr-10373-RWZ |
| | ) |
| JOHN P. DECOLOGERO, JR., | ) |
| | ) |
| Defendant | ) |
| | ) |

**STATUS REPORT REQUESTING FINAL SURRENDER HEARING**

The government respectfully requests that this Honorable Court schedule a final

revocation hearing pursuant to Fed. R. Crim. P. 32.1.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: */s/ Philip C. Cheng*
Philip C. Cheng
Assistant United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated: August 19, 2022

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically
to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Philip C. Cheng*
Philip C. Cheng
Assistant U.S. Attorney